ECF

ORIGINAL

FILED
SEP 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GANTT W. MILLER and
KORLISS K. MILLER,

*Plaintiffs,*

v.

NO. 06-616 C

THE UNITED STATES,

*Defendant.*

## NOTICE OF DIRECTLY RELATED CASE

Plaintiffs, by counsel, pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, hereby provide notice that the Complaint attached hereto is directly related to pending *Civil Action No. 06-397C -- Amy Associates v. The United States.*

Pursuant to the standard set forth in Rule 40.2(a)(1)(A)-(B), these matters involve properties financed with loans made by the United States to the Plaintiffs pursuant to Section 515 of the Housing Act of 1949; the Plaintiffs in both matters are identical -- in that Plaintiff Gantt Miller herein is the sole remaining authorized agent of Plaintiff Amy Associates in Civil Action No. 06-397C; and all properties involve similar loan agreements with similar terms and conditions.

Accordingly, consolidation of these matters and assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

GANTT and KORLISS MILLER
By Counsel

Christopher P. Stroech, Esq. (WVSB #9387)
Gregory A. Bailey, Esq. (WVSB #7957)
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E .German Street
Shepherdstown, WV 25443
304.876.1575
304.876.9186
cstroech@acbattorneys.com