ECF

ORIGINAL

FILED
SEP 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GANTT W. MILLER and
KORLISS K. MILLER,

*Plaintiff*

No.

v.

06-616 C

THE UNITED STATES,

*Defendant.*

DISCLOSURE STATEMENT (CIVIL ACTION)

1. Is the party a non-governmental corporate party? NO

2. List any parent corporation for Amy Associates: NO PARENT CORPORATION

3. List any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: NO SUCH CORPORATION

The undersigned party understands that it will promptly file a supplemental statement upon any change in the information that this statement requires.

Signature of Counsel for Party

Date: 8/29/06