**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **GANTT W. MILLER, et al.,** | ) | **Nos. 06-397C, 06-616C** |
| | ) | **ADR Pilot Program** |
| | ) | |
| ***Plaintiffs,*** | ) | **Judge Marian Blank Horn** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher P. Stroech, counsel for Plaintiffs, hereby certify that I have served a copy of **PLAINTIFFS' MOTION TO CONTINUE ADR CONFERENCE** upon the following counsel via electronic mail this 7th day of November, 2006:

MICHAEL S. DUFAULT
Trial Attorney Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

Counsel for Defendant

/s/Christopher P. Stroech
Christopher P. Stroech, Esq.