# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**ADR Pilot Program**

**Filed: November 8, 2006**

## O R D E R

The court is in receipt of the plaintiffs' November 7, 2006 motion to continue the ADR Conference previously scheduled for January 8 and 9, 2007. The plaintiffs' motion is **GRANTED**. The court **RESCHEDULES** the ADR Conference for **Thursday and Friday, January 18 and 19, 2007**, commencing at **9:00 a.m.**, in the Mastin G. White Conference Room (room number 710), located on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. Both parties shall appear in person. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Wednesday, January 17, 2007, at 12:00 p.m.**, of the names of all other participants in the ADR Conference. The principals for each party are encouraged to attend the Conference. The court believes that principals would materially assist the ADR process. The judge looks forward to working with both parties to resolve the cases by alternative means.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**