**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GANTT W. MILLER and )
KORLISS K. MILLER, )
Plaintiffs, )
v. ) No. 06-616C
) (Judge Bush)
THE UNITED STATES, )
Defendant. )

JOINT MOTION TO FILE ANSWER AND JOINT PRELIMINARY STATUS
REPORT AND REQUEST FOR A STAY OF PROCEEDINGS PENDING ADR

Pursuant to Rules 1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs, Gantt W. Miller and Korliss K. Miller, and defendant, the United States, respectfully request that: (1) the Government be granted leave to file its answer to plaintiffs' complaint out of time; (2) the parties be granted leave to file their joint preliminary status report out of time; and (3) that proceedings be stayed in this matter pending this case's placement in the Court's Alternative Dispute Resolution ("ADR:) Pilot Program.

On October 5, 2006, this case was placed in the Court's ADR pilot program, where it was joined with the related case, Amy Associates v. United States, Fed. Cl. No. 06-397C. Upon Amy Associates's placement in the ADR pilot program, proceedings were stayed in that matter. Upon this case being joined with Amy in ADR, the parties operated under the incorrect presumption that proceedings had also been stayed, including all filing deadlines.

However, the parties recently became aware that the deadline for the Government's answer to plaintiffs' complaint, and the parties' joint preliminary status report, were overdue and remained pending. For this reason, the parties respectfully request leave of Court to file out of time the Government's answer and the parties' joint preliminary status report, which are attached to this motion. The parties further respectfully request that proceedings in this matter be stayed pending this case's placement in this Court's ADR program.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

December 28, 2006

Attorneys for Defendant

/s/Christopher P. Stroech

Christopher P. Stroech, Esq.
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
304.876.1575
304.876.9186 (Fax)
cstroech@acbattorneys.com

January 3, 2007 Counsel for Plaintiff

NOTICE OF FILING

I hereby certify that on January 3, 2007, a copy of the foregoing "JOINT MOTION TO FILE ANSWER AND JOINT PRELIMINARY STATUS REPORT AND REQUEST FOR A STAY OF PROCEEDINGS PENDING ADR" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael S. Dufault