IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GANTT W. MILLER and<br>KORLISS K. MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-616C<br>(Judge Bush) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kenneth S. Kessler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kenneth S. Kessler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7026
Washington, D.C. 20530
Phone: (202) 307-0313
Fax: (202) 305-7643
E-mail: Kenneth.Kessler@usdoj.gov
Attention: Classification Unit,
8th Floor

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: September 7, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of September, 2007, a copy of the foregoing NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth S. Kessler