**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AMY ASSOCIATES,**

***Plaintiff,***

**GANTT W. MILLER and KORLISS K. MILLER,**

***Plaintiffs,***

**v.**

**NOS. 06-397C, 06-616C**
**(JUDGE HORN -- ADR)**
**cc: JUDGE BUSH**

**UNITED STATES,**

***Defendant.***

**JOINT STATUS REPORT**

The parties, by counsel, hereby submit the following Joint Status Report:

1. The parties shall meet via group conference call by October 5, 2007 to clarify the differences between the approaches in this ADR and the larger, past Section 515 ADR, and to confirm, if appropriate, that the parties have mutually agreed to continue to commence this ADR in the manner previously agreed upon.

2. The parties shall submit joint letters to a finalized list of appraisers (no more than three) by September 28, 2007, for the purpose of gathering information and determining if and when the selected appraisers can perform a market rent study on selected properties. Upon receipt of the responses from the appraisers, the parties will then select one (1) appraiser to perform the study. The parties will equally share in the costs of the study and have agreed to not be bound by the results at this time.

3. The parties shall submit joint engagement letters by September 28, 2007 to EMG to perform the capital needs assessment on selected properties. The parties will equally share in the costs of the study and have agreed to not be bound by the results at this time.

4. The projected date to retain both appraiser and contractor is October 26, 2007. The projected date for study completion is ninety (90) days from engagement.

5. Government shall respond to Plaintiff's submission regarding proposed "framework" for damages model and specific inputs by October 12, 2007. Plaintiff will then respond by October 26, 2007. The parties intend to meet in November, 2007, in person, regarding the specific inputs.

6. Upon review of the study results, the parties will request an ADR session with the Judge, most likely to take place in December or January, 2008.

7. The parties request a telephone status conference with the Judge in late November, 2007, following the session identified in Paragraph #5.

8. Plaintiff has conferred with counsel for defendant concerning the contents of this status report, and has been authorized to represent that defendant is in agreement with the proposed schedule and concurs with all of the facts and representations set forth herein.

Respectfully submitted,

/s/Christopher P. Stroech
Christopher P. Stroech
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
(304) 876-1575
(304) 876-9186 (Fax)

**Counsel for Plaintiffs**