**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **GANTT W. MILLER, et al.,** | ) | **Nos. 06-397C, 06-616C** |
| | ) | **ADR Pilot Program** |
| | ) | |
| ***Plaintiffs,*** | ) | **Judge Marian Blank Horn** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs, by counsel, hereby request that a status conference be scheduled in this matter at the Court’s earliest convenience.

**PLAINTIFFS**
**By Counsel**

/s/Christopher P. Stroech
Christopher P. Stroech, Esq.
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
304.876.1575
304.876.9186
cstroech@acbattorneys.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **GANTT W. MILLER, et al.,** | ) | **Nos. 06-397C, 06-616C** |
| | ) | **ADR Pilot Program** |
| | ) | |
| ***Plaintiffs,*** | ) | **Judge Marian Blank Horn** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher P. Stroech, counsel for Plaintiffs, hereby certify that I have served a copy of **PLAINTIFFS' MOTION FOR STATUS CONFERENCE** upon the following counsel via electronic mail this 11th day of January, 2007:

Kenny Kessler
Trial Attorney
U.S. Dept. of Justice
1100 L. St., NW
Classification Unit 8th floor
Washington, D.C. 20005
Phone: (202) 307-0313
Fax: (202) 305-7643

Counsel for Defendant

/s/Christopher P. Stroech
Christopher P. Stroech, Esq.