# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**Filed: January 23, 2008**

## O R D E R

The court conducted an ADR Conference in the above-captioned cases on January 22, 2008. As discussed with the parties at the conference, joint status reports shall be filed on or before **Tuesday, February 12, 2008** and **Tuesday, March 4, 2008**. Furthermore, an ADR Conference is **SCHEDULED** for **Thursday, March 13, 2008, 10:30 a.m. DST**. The parties shall appear by telephone. Unless otherwise notified, plaintiffs' counsel will be contacted at (304) 876-1575 and defendant's counsel will be contacted at (202) 307-0313. If counsel of record wish other participants to be included in the conference, their names and telephone numbers shall be provided to chambers at (202) 357-6580 on or before **Friday, January 18, 2008**. The parties shall be prepared to propose dates for an in-person ADR Conference, and to identify the individuals, including the personal representatives of the parties, to attend such a conference. This order is being provided to the Presiding Trial Judge of the above-captioned ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**