**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AMY ASSOCIATES,**

***Plaintiff,***

**GANTT W. MILLER and KORLISS K. MILLER,**

***Plaintiffs,***

**v.**

**NOS. 06-397C, 06-616C**
**(JUDGE HORN -- ADR)**
**cc: JUDGE BUSH**

**UNITED STATES,**

***Defendant.***

**JOINT STATUS REPORT**

The parties, by counsel, hereby submit the following Joint Status Report:

1. The parties are pleased to report that they have conferred with each other multiple times following the latest status report in a move to resume these negotiations. As a result of these recent interactions, the parties have now finalized the scopes of work for both the rent comparability analysis and capital needs assessment for Washington Village I and II, agreed upon the proposal terms for each study, and provided both firms with new proposed engagement letters.

2. The parties are now awaiting final engagement letters and are hopeful that the same will be received within the next several days.

3. Upon receipt of the final engagement letters, counsel expect the studies to be executed promptly by the respective contractors.

4. Plaintiff has conferred with counsel for Defendant concerning the contents of this status report, and has been authorized to represent that Defendant concurs with all of the facts and representations set forth herein.

Respectfully submitted,

/s/Christopher P. Stroech
Christopher P. Stroech
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
(304) 876-1575
(304) 876-9186 (Fax)

**Counsel for Plaintiffs**